IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH W. MILLS,

       Plaintiff,                    No. CIV S-04-1661 WBS PAN P

    vs.

COUNTY OF SAN JOAQUIN,

       Defendant.               <u>ORDER</u>

        On February 1, 2006, plaintiff filed a document styled as a "Request for Declaration of Judgment," and on July 17, 2006, plaintiff filed another document. This civil rights action was closed on October 5, 2004. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: August 29, 2006.

                                       UNITED STATES MAGISTRATE JUDGE

12
mill661.58